**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/28/2023



P.O. Box 8684
Portland, OR 97207
(925) 330-0359
Megan@InformationDignityAlliance.org

July 28, 2023

**VIA ECF**

Hon. Valerie Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Adjournment Request for the Pretrial Conference in *Doeman Music Group Media and Photography LLC v. DistroKid, LLC*, No. 23-CV-4776 (S.D.N.Y.)

Dear Judge Caproni:

Plaintiff Doeman Music Group Media and Photography LLC ("Doeman") respectfully requests that the Initial Case Management Conference be postponed until both Defendants have entered appearances.

The Court has scheduled a pre-trial conference for August 4, 2023. Dkt. 3. And, Doeman, through counsel, has provided the Defendants with Rule 4(d) letters requesting the waiver of service. Yet, the time provided in these letters to waive the service of summons has not yet expired. Accordingly, neither Defendant has been served with the summons nor exercised their option to waive service of the summons.

In light of the pre-service procedural posture of this action, Doeman respectfully requests that this Court adjourn the Initial Case Management Conference until Friday, October 13, 2023, at 11:00am Eastern—a date in which it is expected that both Defendants will have been served. (This is the first requested adjournment of this conference. The other Parties have not yet entered appearances.)

For the reasons stated above, Doeman respectfully requests that this Court adjourn the Initial Case Management Conference currently set for August 4, 2023, until October 13, 2023, at 11:00am Eastern.

Best,

*/s/ Megan Keenan*
Megan Keenan
Attorney
INFORMATION DIGNITY ALLIANCE
(925) 330-0359
Megan@InformationDignityAlliance.org

*Attorney for Doeman Music Group Media and Photography LLC*

Application GRANTED in part.  The Initial Pre-Trial Conference scheduled for Friday, August 4, 2023 at 10:00 A.M. is hereby adjourned until **Friday, September 15, 2023 at 10:00 A.M.**  The parties' joint letter and proposed case management plan as set forth in the Court's order at Dkt. 12 are due not later than **Thursday, September 7, 2023.  The Court is unlikely to grant any further adjournment requests.**

SO ORDERED.

*[signature]* 07/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE