**MEMO ENDORSED**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/15/2023

Jenna Harris<br>jharris@rlfllp.com

September 15, 2023

<u>**DELIVERED VIA ECF**</u>

Honorable Valerie E. Caproni
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: Request for Adjournment of Initial Pre-Trial Conference in *Doeman Music Group Media and Photography, LLC v. DistroKid, LLC*, No.: 1:23-cv-04776 (S.D.N.Y.)

Your Honor:

  Defendants DistroKid, LLC and Kid Distro Holdings, LLC d/b/a DistroKid ("Defendants") hereby respectfully request that the Initial Case Management Conference be continued one week until October 27, 2023 at 10:00am Eastern when Defendants' Counsel is available to attend.

  The Initial Case Management Conference was rescheduled for October 20, 2023 (Dkt. 16, upon Plaintiff's Motion for Adjournment); however, Counsel for Defendants is unavailable to participate in the conference that day due to a previously set obligation in another matter. This is Defendants' first request for adjournment, and Plaintiff's Counsel consents to the request. Defendants respectfully submit that no party will be prejudiced by a brief, one-week continuance, especially considering not all named defendants have been served with the Complaint.

  For the reasons stated above, Defendants respectfully request that this Court adjourn the Initial Case Management Conference currently set for October 20, 2023 and continue it for one week until October 27, 2023 at 10:00am Eastern.

         Sincerely,

         Ritholz Levy Fields LLP

         *Jenna L. Harris*

         Jenna Harris

Application GRANTED in part.  The Initial Pre-Trial Conference scheduled for Friday, October 20, 2023 at 10:00 A.M. is hereby adjourned until **Friday, November 3, 2023, at 10:00 A.M.**  The parties' joint letter and proposed case management plan as set forth at Dkt. 12 are due not later than **Thursday, October 26, 2023**.  **No further adjournment requests will be granted.**

SO ORDERED.

09/15/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE