

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/13/2023___



Jenna Harris
jharris@rlfllp.com

November 9, 2023

**DELIVERED VIA ECF**

Honorable Valerie E. Caproni
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    Request for Continuance of Initial Pre-Trial Conference in *Doeman Music Group Media and Photography, LLC v. DistroKid, LLC, et al.*, No.: 1:23-cv-04776.

Your Honor:

      Defendants DistroKid, LLC and Kid Distro Holdings, LLC d/b/a DistroKid ("DistroKid Defendants") respectfully request that the Initial Case Management Conference set for November 17, 2023 be continued until after disposition of Defendants' Motion to Dismiss, which will be filed on or before November 17, 2023 by agreement with Plaintiff's counsel.

      When conferring with Plaintiff's counsel regarding the parties' joint submissions to the Court ahead of the Initial Case Management Conference, counsel for Plaintiff proposed a continuance in an effort to minimize resources during the pendency of DistroKid Defendants' planned motion that would otherwise be dedicated to discovery and litigating the case. DistroKid Defendants agree, and their request to the Court is, therefore, unopposed by Plaintiff.

      In the alternative, should the Court prefer to maintain the Initial Case Management Conference as currently set, DistroKid Defendants and Plaintiff propose utilizing that time to discuss a briefing schedule and permission to stay related discovery until after disposition of DistroKid Defendants' motion. This is DistroKid Defendants' second request for adjournment.

      Sincerely,

      Ritholz Levy Fields LLP

      Jenna Harris

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, November 17, 2023, is hereby ADJOURNED sine die.

No later than **Friday, November 17, 2023**, the parties must file a joint letter with a proposed briefing schedule on the anticipated motion to dismiss.

The parties' joint request to stay discovery pending resolution of the motion to dismiss is GRANTED.

SO ORDERED.

11/13/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE