USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Doeman Music Group Media and Photography LLC,

                Plaintiff(s),

-against-

Distrokid, LLC, Kid Distro Holdings, LLC D/B/A Distrokid, Raquella "Rocky Snyda" George,

                Defendant(s).

23-CV-4776 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 15, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge