UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOEMAN MUSIC GROUP MEDIA AND
PHOTOGRAPHY LLC, on behalf of itself and others
similarly situated,

                Plaintiff,

-against-

DISTROKID, LLC et al.,

                Defendants.

23-CV-04776 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Defendant Raquella "Rocky Snyda" George ("Ms. George") appears to be in default in this action. It is hereby ORDERED that Plaintiff shall file any motion for default judgment in accordance with the Court's Individual Rules & Practices no later than **March 18, 2024.**

    If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers a [GarnettNYSDChambers@nysd.uscourts.gov](mailto:GarnettNYSDChambers@nysd.uscourts.gov). If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

    Plaintiff shall serve a copy of this Order electronically and/or by first-class mail and/or by in-person service on Ms. George **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

Dated: March 4, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/04/2024