Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOEMAN MUSIC GROUP MEDIA AND PHOTOGRAPHY LLC,<br><br>　Plaintiff,<br><br>v.<br><br>DISTROKID, LLC, et al.,<br><br>　Defendants. | Case No. 23 Civ. 4776 (MMG)<br><br>**[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT RAQUELLA "ROCKY SNYDA" GEORGE** |

　　Pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that default judgment is entered against Defendant Raquella "Rocky Snyda" George.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Raquella "Rocky Snyda" George is liable to Plaintiff Doeman Music Group Media and Photography LLC in the amount of **$60,400**, subject to further increases upon an award of prevailing-party attorney fees and/or costs.

DATED this _____ day of _____, 2024\_\_.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE MARGARET M. GARNETT
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE