# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Doeman Music Group Media and Photography LLC

**Plaintiff(s),**

23 Civ. 4776 (MM)

- against -

**CLERK'S CERTIFICATE OF DEFAULT**

DistroKid LLC, et al.

**Defendant(s),**

-----------------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 13, 2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Raquella "Rocky Snyda" George by personally serving Ms. Geroge via process server (Mr. Cliff Schneiderman), and proof of service was therefore filed on 10/25/2023, Doc. #(s) 24.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

March 22, 20 24

**RUBY J. KRAJICK**
**Clerk of Court**

By: _____
**Deputy Clerk**

SDNY Web 3/2015