UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOEMAN MUSIC GROUP MEDIA AND
PHOTOGRAPHY LLC,

                     Plaintiff,

-against-

DISTROKID, LLC et al.,

                     Defendants.

23-CV-04776 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Plaintiff Doeman Music Group Media and Photography LLC amended its complaint on April 18, 2024.  In accordance with Rule II(B)(6) of the Court's Individual Rules & Practices, by **May 3, 2024**, Defendants DistroKid, LLC and Kid Distro Holdings, LLC (the "DistroKid Defendants"), which had previously filed a motion to dismiss on November 16, 2023 (Dkt. No. 27), must (1) answer; (2) file a new or supplemental motion to dismiss; or (3) submit a letter on ECF stating that they rely on the previously filed motion to dismiss.

      If the DistroKid Defendants choose to file a new motion to dismiss, they must withdraw their previous motion.  If the DistroKid Defendants choose to supplement their previous motion to dismiss, they may do so in a filing not to exceed five pages.

Dated: April 22, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge