> Plaintiff's belated application is GRANTED. Plaintiff has until **April 10, 2025** to make the required filing. I do not anticipate granting any further extensions absent extraordinary cause. If Plaintiff fails to make the required filing by **April 10, 2025**, I will issue my report and recommendation based on the information previously submitted. The Clerk of Court is respectfully requested to terminate ECF 67.
> SO ORDERED
> Dated: 04/03/2025
> New York, NY
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**DIGITAL JUSTICE FOUNDATION**

15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381

April 2, 2025

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

*[via ECF only]*

    Re:    Letter Motion Request for Extension of Time in *Doeman Music Group Media & Photography LLC v. DistroKid LLC*, No. 23-cv-4776-MMG-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

    I represent Plaintiff Doeman Music Group Media & Photography LLC ("Doeman") in the above-captioned case. Pursuant to your Individual Practices Paragraph I(E) and to Federal Rule of Civil Procedure 6(b)(1)(A), and on behalf of my client, I hereby move and respectfully request a further 9-day **Friday, April 11, 2025**, to file the supplemental submissions regarding the quantum of damages requested by this Honorable Court in its February 24, 2025, Order. Dkt.64.

    Since the time of the Court's prior extension, my client has gathered significant materials and is essentially complete with respect to lost-streaming damages, but is still collecting some more and still intends to obtain a declaration from a local club promoter who is expected to declare / testify regarding why the takedown had such an impact upon the ability of Doeman to book live performances. Moreover, I have had significant demands in other case work, including cases described in the last extension request and have been dealing with severe headaches that have significantly impact my ability to work, including today. (1) The additional submissions were ordered to be due on March 5, 2025. Dkt.64. (2) There was one prior extension. (3) The adversary has not appeared and is in default. Finally, I declare under penalty of perjury that the foregoing factual statements are true and correct.

    */s/ Andrew Grimm*
    Andrew Grimm
    Attorney
    DIGITAL JUSTICE FOUNDATION
    (531) 210-2381
    Andrew@DigitalJusticeFoundation.org

    *Attorney for Plaintiff*

CC: Counsel for DistroKid (via ECF)