**DIGITAL JUSTICE FOUNDATION**

15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381

September 30, 2025

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

*[via ECF only]*

    Re:    Letter Motion Request for Extension of Time in *Doeman Music Group Media & Photography LLC v. DistroKid LLC*, No. 23-cv-4776-MMG-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

    I represent Plaintiff Doeman Music Group Media & Photography LLC ("Doeman") in the above-captioned case. Pursuant to your Individual Practices Paragraph I(E) and to Federal Rule of Civil Procedure 6(b)(1)(A), and on behalf of my client, I hereby move and respectfully request a 14-day extension of time, up to **Tuesday, October 14, 2025**, to file the supplemental submissions regarding the quantum of damages requested by this Honorable Court in its September 11, 2025, Order. Dkt.70.

    Since the time of the Honorable Court's order for supplementation, I have had an intensive press of business and personal matters that readily establish good cause for more time. For example, I had to prepare for and present on short notice in an issue of first impression outside of my usual practice area to a Panel of the Ninth Circuit in an appeal where I had not expected to be the arguing counsel; brief novel questions of subject-matter jurisdiction in a complex wrongful-death case involving the death of many children; extensively researched into novel application of new areas of law in several areas that were new to me and highly important for clients facing time-sensitive needs.

    */s/ Andrew Grimm*
    Andrew Grimm
    Attorney
    DIGITAL JUSTICE FOUNDATION
    (531) 210-2381
    Andrew@DigitalJusticeFoundation.org

    *Attorney for Plaintiff*

CC: Counsel for DistroKid (via ECF)

---

Application **GRANTED**. Plaintiff's deadline to file its supplemental submissions is extended until **October 14, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 71.

SO ORDERED

Dated: October 1, 2025
      New York, NY

*[signature]*
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE