**DIGITAL JUSTICE FOUNDATION**

15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381

October 23, 2025

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

*[via ECF only]*

Re:   Letter Motion Request for Extension of Time in *Doeman Music Group Media & Photography LLC v. DistroKid LLC*, No. 23-cv-4776-MMG-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

I represent Plaintiff Doeman Music Group Media & Photography LLC ("Doeman") in the above-captioned case. Pursuant to your Individual Practices Paragraph I(E) and to Federal Rule of Civil Procedure 6(b)(1)(A), and on behalf of my client, I hereby move and respectfully request a 9-day extension of time, up to **Monday, October 28, 2025**, to file the supplemental submissions regarding the quantum of damages requested by this Honorable Court in its September 11, 2025, Order. Dkt.70.

Since the time of the Honorable Court's order granting the previous extension, the undersigned is informed that the client representative has gathered additional information and the undersigned needs to review it and prepare it. The sole reason for the extension is that the undersigned work up feeling sick today, so much so that he was unable to substantively work as he had a blistering headache, felt so weak it was hard to get out of bed, and extremely tired despite meaningful amounts of rest. The undersigned had hoped to be able to complete the submission, but simply wasn't able to. *I declare (or certify, verify, or state) under penalty of perjury that the foregoing factual statements are true and correct. Executed on October, 23, 2025,*

*/s/ Andrew Grimm*
Andrew Grimm
Attorney
DIGITAL JUSTICE FOUNDATION
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

Attorney for Plaintiff

CC: Counsel for DistroKid (via ECF)

---

Application GRANTED. Plaintiff's deadline to file its supplemental submission is extended nunc pro tunc until **October 28, 2025**. No further extensions will be granted absent extraordinary cause.

The Clerk of Court is respectfully requested to terminate ECF 75.

Dated: October 24, 2025
New York, NY

SO ORDERED

*[signature]*
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE