UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOEMAN MUSIC GROUP MEDIA AND
PHOTOGRAPHY LLC,

                Plaintiff,

-v-

RAQUELLA "ROCKY SNYDA" GEORGE,

                Defendant.

23-CV-4776 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

        On January 8, 2026, I issued a report and recommendation that a default judgment in the amount of $19,062.63 be awarded against Defendant Raquella "Rocky Snyda" George in favor of Plaintiff Doeman Music Group Media and Photography LLC. (*See* ECF 78, Report & Recommendation.) The report and recommendation directed Plaintiff to promptly serve a copy of the report and recommendation on Defendant by mail and by email and to file proof of such service on the day such service is made. (*Id.* at 22.) To date, Plaintiff has not filed proof of such service.

        By **January 27, 2026**, Plaintiff shall serve a copy of the report and recommendation, filed at ECF 78, on Defendant: (1) by mail at Defendant's last known address, and (2) by email at all emails used by Defendant and known to Plaintiff. Plaintiff shall file proof of such service on the docket by **January 27, 2026**.

Dated: January 23, 2026
       New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**