**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DOEMAN MUSIC GROUP MEDIA AND
PHOTOGRAPHY LLC,

                            Plaintiff,                                23 **CIVIL** 4776 (MMG)

         -against-                                                      **JUDGMENT**

DISTROKID, LLC et al.,

                            Defendants.
-------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 03, 2026, the Court adopts the Report & Recommendation

in its entirety. Accordingly, judgment is entered against Ms. George in favor of Plaintiff, with

Plaintiff to be awarded $19,062.63, consisting of the sum of (1) $360.63 in damages; and (2)

$14,600.00 in attorneys' fees, plus $4,102.00 in costs, for a total of $18,702.00 in attorneys' fees

and costs and the case is closed.

**Dated:**  New York, New York
         April 6, 2026

                                         **TAMMI M. HELLWIG**
                                   _____
                                         **Clerk of Court**


                          **BY:**  _____
                                         **Deputy Clerk**